## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**
**MARCEL FRANCHOT RENAULT**

**CHAPTER 13 NO:**

**15-12744-JDW**

4375 US 51 N
APT 30-104
HORN LAKE, MS 38637-8529

---

### NOTICE TO DEBTOR

---

NOTICE is hereby given that your plan payment will change from   **$1,409.00    ( MONTHLY )**   to   **$1,425.00   ( MONTHLY )**    effective in  07/2020.  Your plan payment is being remitted        **by your employer / direct / by automatic bank draft.**

The reason for the changes in your plan payment is:

_____  Due to a change in your monthly mortgage payment;

_____  Due to a claim being filed for a different amount than scheduled;

_____  Due to entry of an order;

\_\_XX\_\_  Other: _____Trustee fee 7%._____

If your **employer is withholding the plan payment from your wages,** you are responsible for remitting the difference, if any, should your employer fail to withhold the new payment.

If you are paying by **automatic bank draft,** please be sure there are sufficient funds in your account to satisfy the new payment.

If you are paying **direct,**   please be aware that the Trustee  **DOES NOT**  accept personal checks. You can remit payments online through **https://tfsbillpay.com** or mail guaranteed funds, in the form of a **cashier's check or money order** with your **case number and last name** in the description line, to

Locke D. Barkley
P.O. Box 1859
Memphis, TN 38101-1859

Should you have any questions concerning this, please contact your attorney.

Date:  5/27/2020

CC:   NORTH MISSISSIPPI BANKRUPTCY GROUP
C/O KAREN SCHNELLER
PO BOX 417
HOLLY SPRINGS, MS 38635

Respectfully submitted,
LOCKE D. BARKLEY

/s/ Locke D. Barkley
CHAPTER 13 TRUSTEE

## **CERTIFICATE OF SERVICE**

I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.


Date:  5/27/2020

/s/ Locke D. Barkley
LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE