# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re:  MARCEL FRANCHOT RENAULT                                      Case No.:  15-12744-JDW
       MARY CATHERINE RENAULT
          Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Locke D. Barkley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  08/05/2015  and was converted to chapter  13  on  10/06/2015.
2)  The plan was confirmed on  03/30/2016.
3)  The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5)  The case was completed on  02/08/2021.
6)  Number of months from filing or conversion to last payment: 64.
7)  Number of months case was pending: 66.
8)  Total value of assets abandoned by court order:  NA.
9)  Total value of assets exempted: 79,195.27.
10)  Amount of unsecured claims discharged without full payment: 26,635.65.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $91,441.00 | |
| Less amount refunded to debtor: | $688.43 | |
| **NET RECEIPTS:** | | $90,752.57 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $2,030.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $5,531.39 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $7,561.39 |

Attorney fees paid and disclosed by debtor:          $1,170.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN HOMES 4 RENT PROPERTIE | Secured | NA | NA | NA | .00 | .00 |
| ASCENSION CAPITAL GROUP | Secured | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 2,701.00 | NA | NA | .00 | .00 |
| CAVALRY SPV 1 | Unsecured | .01 | 6,112.98 | 6,112.98 | 1,895.02 | .00 |
| CREDIT ONE BANK | Unsecured | 1,080.00 | NA | NA | .00 | .00 |
| EVANS PETREE PC | Secured | NA | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT | Secured | 7,481.00 | 6,101.87 | 6,101.87 | 6,101.87 | 648.65 |
| HART ELECTRIC MEMBERSHIP CORP | Unsecured | 514.33 | 510.70 | 510.70 | 158.32 | .00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 2,685.68 | 2,685.68 | 2,685.68 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 23,999.00 | 23,999.00 | 7,439.69 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Secured | 25,194.73 | 24,576.18 | 24,576.18 | 24,576.18 | 2,684.55 |
| LARRY SPENCER | Secured | NA | NA | NA | .00 | .00 |
| MARSHALL COUNTY CHANCERY CLERK | Secured | NA | NA | NA | .00 | .00 |
| MARSHALL COUNTY TAX COLLECTOR | Secured | NA | NA | NA | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

0004-73-EPIEXX-00433840-175978

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

| | |
|---|---|
| In re:  MARCEL FRANCHOT RENAULT | Case No.:  15-12744-JDW |
| MARY CATHERINE RENAULT | |
| Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT | Unsecured | 1,468.10 | 1,439.21 | 1,439.21 | 446.16 | .00 |
| MS DEPARTMENT OF REVENUE | Secured | NA | NA | NA | .00 | .00 |
| PHH MORTGAGE  F/K/A OCWEN LOAN S | Secured | 118,250.32 | NA | NA | .00 | .00 |
| ROBERTSON ANSCHUTZ & SCHNEID, P. | Secured | NA | NA | NA | .00 | .00 |
| SANTANDER CONSUMER USA INC | Secured | 27,448.00 | 27,584.29 | 27,584.29 | .00 | .00 |
| SHAPIRO & MASSEY | Secured | NA | NA | NA | .00 | .00 |
| US ATTORNEY'S OFFICE | Secured | NA | NA | NA | .00 | .00 |
| US DEPARTMENT OF EDUCATION | Secured | NA | NA | NA | .00 | .00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 2,600.00 | NA | NA | .00 | .00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 9,382.50 | 9,410.15 | 9,410.15 | 2,917.15 | .00 |
| WEINSTEIN AND RILEY  PS | Unsecured | 678.65 | 1,060.79 | 1,060.79 | 328.84 | .00 |
| WELLS FARGO BANK NA | Secured | NA | NA | NA | .00 | .00 |
| WELLS FARGO DEALER SERVICES | Secured | 33,559.16 | 30,108.02 | 30,108.02 | 30,108.02 | 3,201.05 |
| WOLLEMI ACQUISITIONS LLC | Secured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 88,370.36 | 60,786.07 | 6,534.25 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 88,370.36 | 60,786.07 | 6,534.25 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 2,685.68 | 2,685.68 | .00 |
| **TOTAL PRIORITY:** | 2,685.68 | 2,685.68 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 42,532.83 | 13,185.18 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $7,561.39 | |
| Disbursements to Creditors: | $83,191.18 | |
| **TOTAL DISBURSEMENTS:** | | $90,752.57 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

| | |
|---|---|
| Date:   04/30/2021 | By:   /s/Locke D. Barkley |
| | Trustee |

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)